**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE SHELBY,<br><br>      Plaintiff,<br><br>vs.<br><br>LOCAL 872, LABORERS INTERNATIONAL UNION et al.,<br><br>      Defendants. | 2:15-cv-00352-RCJ-GWF<br><br>**ORDER** |

Pending before the Court is a Motion to Proceed in Forma Pauperis (ECF No. 1). Plaintiff has attested to $1050 of monthly income and $321 in monthly expenses. This does not constitute "exceptional circumstances" as required for *in forma pauperis* status. *See Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963).

///

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Proceed in Forma Pauperis (ECF No. 1) is DENIED.  Plaintiff shall pay the filing fee within twenty-eight (28) days or the Court may dismiss the case without prejudice without further notice.  If Plaintiff pays the filing fee, the Clerk shall then DETACH and FILE the Complaint (ECF No. 1-2).

IT IS SO ORDERED.

Dated this 25th day of June, 2015.

_____
ROBERT C. JONES
United States District Judge